James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS & COON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL C. SLOVER, | CV 10-258-HZ |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Court hereby awards Plaintiff $3,625.02 in attorney's fees and $27.91 in expenses under the Equal Access to Justice Act (28 U.S.C. § 2412(d) (2006)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).  If there is such a debt, any fee remaining after offset will be payable to Plaintiff, and delivered to Plaintiff's attorney at their address:  820 SW 2nd Ave Ste 200, Portland OR  97204.

DATED this  16th  day of    May          , 2011.

/s/ Marco A. Hernandez
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas & Coon
Of Attorneys for Plaintiff